HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| State of Washington, et al., | CASE NO.  CV18-00939RAJ |
| Plaintiff(s), | |
| v. | |
| | MINUTE ORDER |
| United States of America, et al., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is reassigned to the Honorable Marsha J. Pechman because it is related to Case No. CV18-00928MJP.  This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned. *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012).  All pleadings filed in the future shall bear case number CV18-00939MJP.

Dated this 28th day of June, 2018.

WILLIAM M. McCOOL
Clerk

s/ TOMAS HERNANDEZ
Deputy Clerk

MINUTE ORDER – 1