# Appendix B

# DECLARATIONS CITED IN PLAINTIFF STATES'

# MOTION TO EXPEDITE DISCOVERY

| Exhibit Number | Declarant |
| --- | --- |
| 1 | Declaration of Levy, Taylor |
| 2 | Declaration of Poletti, Alma |
| 3 | Declaration of Ramos, Nicole |
| 4 | Declaration of Caceres, Olivia |
| 5 | Declaration of Tapia, Veronica |
| 6 | Declaration of Gonzalez.-Garcia, Angelica |
| 7 | Declaration of Olivia & Jimenez |
| 8 | Declaration of CCB |
| 9 | Declaration of G. Doe |
| 10 | Declaration of L. Doe |
| 11 | Declaration of Paz Rodriguez |
| 12 | Declaration of Arriaga Pineda, Doris |
| 13 | Declaration of Garcia Castillo, Elizabeth |
| 14 | Declaration of Aguirre Vega, Demaris |
| 15 | Declaration of Monroy Guerra, Gladys |
| 16 | Declaration of Dubon Mejia, Maria |
| 17 | Declaration of Batres, Maricela |
| 18 | Declaration of Sanchez Rodriguez, Maritza |
| 19 | Declaration of Flores-Oliva, Nery |
| 20 | Declaration of Padilla-Orellana, Yolani |
| 21 | Declaration of WR |
| 22 | Declaration of Mensing, Alexander |
| 23 | Declaration of Langarica, Monica |
| 24 | Declaration of Roberts-Henry, Gloria |
| 25 | Declaration of Blumenauer, Rep. Earl |
| 26 | Declaration of Jayapal, Congresswoman Pramila |
| 27 | Declaration of Perhot, Marjean |
| 28 | Declaration of Ford, Tara |
| 29 | Declaration of Griffith, Alison M. |
| 30 | Declaration of Mostoffi, Bitta |
| 31 | Declaration of Gilmore, Harry |
| 32 | Declaration of Beyer, Congressman Donald |
| 33 | Declaration of Bellor, Kay |
| 34 | Declaration of Podkul, Jennifer |
| 35 | Ruppersberger III, Congressman Charles Albert Dutch |
| 36 | Declaration of Serrano, Francisco |
| 37 | Declaration of Austria, Richard |
| 38 | Declaration of Velez, Laura |

Appendix B

| 39 | Declaration of Jose Francisco, Margarita |
|----|------------------------------------------|
| 40 | Declaration of Fanjoy, Emily |
| 41 | Declaration of Aronson, Emary |
| 42 | Declaration of Wong, Thomas |
| 43 | Declaration of Greenberg, Mark |
| 44 | Declaration of Lennox, Lindsay |
| 45 | Declaration of Kimoto, Joni |
| 46 | Declaration of Banko, Evelyn |
| 47 | Declaration of Margles, Judy |
| 48 | Declaration of Briggs, Laura |
| 49 | Declaration of Jones, Martha |
| 50 | Declaration of Leckman, Dr. Lane |
| 51 | Declaration of Houshyar, Shadi |
| 52 | Declaration of Sheppard, Marylee |
| 53 | Declaration of Alvarez, Mayra |
| 54 | Declaration of Gallegos, Joseph |
| 55 | Declaration of Castillo, Linda |
| 56 | Declaration of Martinez, Marta |
| 57 | Declaration of Brown, Laura |
| 58 | Declaration of Roche, Kathleen |
| 59 | Declaration of Escudero, Pia |
| 60 | Declaration of Bradbury, Donna |
| 61 | Declaration of Culley, Tania |
| 62 | Declaration of Matos, Maria |
| 63 | Declaration of Torrijos, Javier |
| 64 | Declaration of Guinn, Barbara |
| 65 | Declaration of Chen, Jean |
| 66 | Declaration of Reeves, Reuben |
| 67 | Declaration of Curatone & Skipper |
| 68 | Declaration of Torlakson, Tom |
| 69 | Declaration of Cantwell, Mari |
| 70 | Declaration of Lee, Rebecca |
| 71 | Declaration of Ruiz, Marcela |
| 72 | Declaration of Manning, Josette |
| 73 | Declaration of Bourqe, Mary |
| 74 | Declaration of Tahiliani, Priya |
| 75 | Declaration of Korte, Daron |
| 76 | Declaration of Possin, Laurie |
| 77 | Declaration of Zimmerman, Marie |
| 78 | Declaration of Beyer, Christine |
| 79 | Declaration of Zucker, Howard |
| 80 | Declaration of Cechnicki, Brian |
| 81 | Declaration of Katz, Dr. Mitchell |
| 82 | Declaration of Allen, Pat |
| 83 | Declaration of Nazarov, Emily |

| 84 | Declaration of Bates, Jordan |
| --- | --- |
| 85 | Declaration of Gonzalez, Deborah |
| 86 | Declaration of Lane, James |
| 87 | Declaration of Bouchey, Heather |
| 88 | Declaration of Schatz, Kenneth |
| 89 | Declaration of Schilling, Lisa |
| 90 | Declaration of Allison, Doug |
| 91 | Declaration of Fourre, Laressa |
| 92 | Declaration of Happold, Stephanie |
| 93 | Declaration of Meierbachtol, Dierk |
| 94 | Declaration of Yanagida, Carl |
| 95 | Declaration of Aranowski, Jeffrey |
| 96 | Declaration of Weiss, Alice |
| 97 | Declaration of Perry-Manning, Susan |
| 98 | Declaration of Sinski, David |
| 99 | Declaration of Peterson, Sarah |

Appendix B