# Exhibit A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:18-cv-00939-MJP |
| Plaintiffs, | PLAINTIFF STATES' FIRST SET OF DISCOVERY REQUESTS FOR EXPEDITED DISCOVERY |
| v. | |
| THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

TO: THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF REFUGEE RESETTLEMENT; KIRSTJEN NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; THOMAS HOMAN, in his

PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS FOR EXPEDITED DISCOVERY
2:18-cv-00939-MJP

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

official capacity as Acting Director of U.S. Immigration and Customs Enforcement; KEVIN K. MCALEENAN, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALEX AZAR, in his official capacity as Secretary of U.S. Department of Health and Human Services; SCOTT LLOYD, in his official capacity as Director of Office of Refugee Resettlement; and JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as the Attorney General of the United States, Defendants;

AND TO: JOSHUA S. PRESS, Attorney for Defendants.

## I. INSTRUCTIONS

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs hereby request that Defendants produce the following documents and electronically stored information for inspection and copying within the time ordered by the Court to the office of Laura K. Clinton, Assistant Attorney General, Office of the Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington 98104-3811, or at such other place as the parties shall mutually agree. Electronic documents may be produced in PDF format or as a printed record.

For each document that you assert is privileged or otherwise excludable from discovery, please provide the following information: the author(s), the recipient(s), all copy recipients, the date, the type of document (memorandum, e-mail, letter, chart, photograph, etc.), a description of the document, the privilege being claimed, and the grounds for the privilege claim.

If any request for production seeks information in any document formerly in your possession, custody, or control that has been discarded, misplaced, lost, destroyed, or otherwise placed outside your custody or control, identify the document and describe its contents in detail and state when the document was discarded, misplaced, lost, destroyed, or otherwise placed

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

outside your custody or control. If the document was destroyed, identify each person with knowledge of its destruction, the person requesting or performing the destruction, the reasons for its destruction, and each document that refers or relates to either the existence or destruction of the document. For each document that was discarded, misplaced, lost, or otherwise placed outside your custody or control, explain all circumstances in relation to the loss of the document and identify each person with knowledge regarding those circumstances.

If you object to producing documents in response to any request for production, state your objection and all factual and legal bases for the objection.

These discovery requests are continuing in nature. If you discover additional or different information that is responsive to these discovery requests, you are required to provide supplemental responses in accordance with Federal Rules of Civil Procedure 26(e). If you do not provide the required supplemental information, the Plaintiffs may move at the time of trial to exclude from evidence any requested information and documents that were not timely furnished.

The singular shall include the plural and vice versa, and the conjunctive shall include the disjunctive and vice versa. Wherever used, references to the masculine, feminine, or neuter gender shall include the neuter, feminine, and masculine genders, as the context demands.

## II. DEFINITIONS

The following definitions apply to following discovery requests:

The term "document" encompasses the broadest possible definition permitted under the Rules and specifically includes all written or recorded material of any kind or character in your possession, custody, or control or within your knowledge, including without limitation statements, letters, correspondence, telegrams, memoranda, notes, records, reports, studies, interoffice communications, calendar and diary entries, microfilm, bulletins, circulars,

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

pamphlets, messages, invoices, maps, charts, tabulations, summaries or abstracts, video or audio recordings, work sheets, surveys, graphs, statistics, tables, photographs, rules, regulations, opinions, orders, interpretations, guidelines, electronic mail, any data or information stored or saved on any computer hard disk, floppy disk, tape, or other medium, any computer print-outs, computer software or code, whether in machine or human readable form on any medium, and all other documentary material, including non-identical copies (whether different from the original because of any alterations, notes, comments, or other material contained thereon or attached thereto or otherwise and whether a draft or final version).

The term "communication" means any transmission, disclosure or exchange of information or opinion, however made.

The term "concerning or relating to" to means referring to, evidencing, containing, discussing, mentioning, describing, reflecting, summarizing, constituting, identifying, memorializing, referring or pertaining to, studying, commenting or reporting on, or analyzing, in whole or in part

A "person" means any individual, corporation, partnership, association, or any other entity of any kind.

"You" and "your" mean any Defendants and any person acting or purporting to act on behalf of any of them, including without limitation all present and former employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators, or other persons.

"Separated Child" or "Separated Children" mean any child under the age of 18 who entered the United States along the U.S.-Mexico border at or between designated ports of entry with a parent or guardian, and who was separated from that parent or adult guardian by the

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Department of Homeland Security (DHS) or any other Defendant without a determination that the parent or adult guardian is unfit or presents a danger to the child.

"Separated Parent" means any parent or guardian who entered the United States along the U.S.-Mexico border at or between designated ports of entry with a child under the age of 18, and who was separated from that child by DHS or any other Defendants without a determination that the parent or adult guardian is unfit or presents a danger to the child.

The "*Ms. L* Case" refers the matter *Ms. L., et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No. 18-cv-0428 DMS (MDD) (S.D. Cal.).

### III.     REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** All documents provided to Plaintiffs' counsel or the court in the *Ms. L* Case concerning the separation of families and Defendants' attempts to reunite them. For future productions of materials in the *Ms. L* Case, please produce such materials concurrently with, or within two business days after, production in *Ms. L*.

**REQUEST FOR PRODUCTION NO. 2:** To the extent such documents are not already included and produced in response to Request for Production No. 1, documents sufficient to identify:

a)   The number and location of Separated Children placed by the Office of Refugee Resettlement (ORR) - or any other Defendant - in each Plaintiff State from January 1, 2018 to the present.

b)   The number and location of Separated Parents who are or were detained in each Plaintiff State from January 1, 2018 to the present, by month and facility.

c)   The number and location of Separated Parents in each Plaintiff State released from DHS custody from January 1, 2018 to the present, including the facility from which they were released, the conditions of release, and current location.

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

d) As to every Separated Parent who is present in any Plaintiff State (or who was present in a Plaintiff State on the day this lawsuit was filed) the location of that Parent's children and DHS' plan to reunify the Separated Parent with the child.

e) As to every Separated Child who is present in any Plaintiff State (or who was present in a Plaintiff State on the day this lawsuit was filed), the current placement and location of every such child (e.g., living with a sponsor in Seattle, Washington), the location of that Separated Child's Separated Parent(s), and DHS' plan to reunify the Separated Child with the Separated Parent(s).

**REQUEST FOR PRODUCTION NO. 3:** To the extent such documents are not already included and produced in response to RFP No. 1, documents regarding Defendants' efforts to reunify families separated at the Southwestern border, including

a) Directives regarding the treatment of Separated Children as Unaccompanied Minors as a matter of policy, and application of ORR's Unaccompanied Minor reunification policies to separated families;

b) Documents concerning the justification and implementation directives for vetting "sponsors" of separated parents and/or children, including treating parents as sponsors unrelated to their children;

c) Documents concerning financial and procedural prerequisites to reunification including the justification and implementation directives for requiring Separated Parents to comply with any financial or administrative requirements prior to reunifying them with their children, including paying for costs of reunification or submitting to fingerprinting;

d) Documents sufficient to identify the number of Separated Parents who have been deported by Defendants without their children since January 1, 2018.

**REQUEST FOR PRODUCTION NO. 4:** To the extent such documents are not already included and produced in response to RFP No. 1, documents regarding the rollout and implementation of the family separation policy at the Southwestern border, including documents concerning the justification for such policy and directives to those who were charged with implementing, overseeing, and tracking the individuals affected by the policy.

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**REQUEST FOR PRODUCTION NO. 5:** To the extent such documents are not already included and produced in response to RFP No. 1, documents concerning the justification for and implementation of U.S. Immigration and Customs Enforcement's "Separated Parent's Removal Form," Dkt. 27-1, Exhibit W, including the number of Separated Parents provided with such form, the number of Separated Parents who signed such form, and the number of Separated Parents who were deported after signing such form.

**REQUEST FOR PRODUCTION NO. 6:** To the extent such documents are not already included and produced in response to RFP No. 1, documents concerning whether hearings on parental fitness were provided to Separated Parents prior to Defendants separating them from their children.

**REQUEST FOR PRODUCTION NO. 7:** To the extent such documents are not already included and produced in response to RFP No. 1, documents sufficient to ascertain the number of Separated Parents against whom an allegation of unfitness has been made, the number of such Parents found to be unfit after judicial hearing, the number of child trafficking prosecutions or other felony criminal charges brought against such parents in 2018, and the number of such prosecutions that resulted in conviction.

**REQUEST FOR PRODUCTION NO. 8:** Documents reflecting Defendants' knowledge of the practice of refusing to permit persons who seek asylum to present themselves at valid ports of entry along the U.S.-Mexico border, including discussion of "metering", numerical or space

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

7

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

limits on asylum claims, administrative or other limits on asylum claim processing, or requiring asylum seekers to return to ports of entry at a later day or time, including any directives to Defendants' employees at the Southwestern border concerning same.

**REQUEST FOR PRODUCTION NO. 9:** Documents concerning Defendants' pilot program separating families in the El Paso sector of the U.S.-Mexico border was alleged in paragraphs 45- 46 and 120 of the Complaint (Dkt. 1), including directives to Defendant employees charged with implementing and monitoring such program.

**REQUEST FOR PRODUCTION NO. 10:** Documents concerning the implementation of a family detention policy, including information regarding potential sites within the Plaintiff States for family detention centers and any proposed or enacted regulatory changes related to family detention.

**REQUEST FOR PRODUCTION NO. 11:** Documents concerning implementation of Defendants' "Northern Border Strategy" as alleged in paragraph 136 of the Complaint (Dkt. 1).

**REQUEST FOR PRODUCTION NO. 12:** Documents, including medical studies, concerning any negative effects on psychological, emotional, and physical health, that family separation might have on Separated Children or Separated Parents.

PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS FOR EXPEDITED DISCOVERY
2:18-cv-00939-MJP

8

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this      day of July, 2018.

                                               NOAH G. PURCELL, WSBA #43492
                                               Solicitor General
                                               COLLEEN M. MELODY, WSBA #42275
                                               Civil Rights Division Chief
                                               LAURA K. CLINTON, WSBA #29846
                                               MEGAN D. LIN, WSBA #53716
                                               Assistant Attorneys General
                                               Attorneys for Plaintiff State of Washington

## CERTIFICATION

The undersigned attorney certifies that he/she has read each response and objection to these discovery requests, and that to the best of his/her knowledge, information, and belief, formed after a reasonable inquiry, each is: (1) consistent with the Rules and warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law; (2) not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the costs of litigation; and (3) not unreasonable or unduly burdensome or expensive, given the needs of the case, the discovery already had in the case, the amount in controversy, and the importance of the issues at stake in the litigation.

DATED this _____ day of _____, 20178

                                                 ATTORNEY NAME, WSBA #
                                                 Attorneys for Plaintiffs

PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS FOR EXPEDITED DISCOVERY
2:18-cv-00939-MJP
        9        
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# VERIFICATION

STATE OF WASHINGTON )
) ss.
County of _____ )

I, _____, being first duly sworn, upon oath, state as follows:

That I am a Defendant authorized to sign these Answers and Responses to the Plaintiffs' First Set of Discovery Requests for Expedited Discovery; that I have read the foregoing Interrogatories and Requests for Production and the Answers and Responses thereto, know the contents thereof, and swear that the foregoing are true and correct.

DATED this _____ day of _____, 2018.

By: _____
Defendant

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2018.

_____
NOTARY SIGNATURE

_____
NOTARY PRINTED NAME
Notary Public
State of Washington
My Commission Expires: _____

PLAINTIFFS' FIRST SET OF
DISCOVERY REQUESTS FOR
EXPEDITED DISCOVERY
2:18-cv-00939-MJP

10

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744