UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br>    Plaintiffs, <br><br>  vs. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br>    Defendants. | Case No. 3:18-cv-1979-DMS <br><br> **ORDER ON DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER** |

Before the Court is Defendants' Motion to extend time to file answer. For the reasons stated in the Defendants' Motion, the Court finds that good cause supports the requested 30-day extension. Accordingly, Defendants' deadline to file an Answer to the Complaint is extended through September 26, 2018.

Dated: August 27, 2018

_____
Hon. Dana M. Sabraw
United States District Judge