JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

SARAH B. FABIAN
Senior Litigation Counsel

NICOLE N. MURLEY
Trial Attorney

JOSHUA S. PRESS
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-0106
    Facsimile: (202) 305-7000
    e-Mail: joshua.press@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | Case No. 18-cv-1979 DMS |
| Plaintiffs, | **DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | Judge: Hon. Dana M. Sabraw |
| Defendants. | |

Defendants respectfully move to extend by an additional 30 days the deadline for filing an answer or otherwise responding to the Plaintiffs' complaint. *See* Fed. R. Civ. P. 12(a)(2); ECF No. 1. The requested 30-day extension would make Defendants' answer or response due on Monday, November 26, 2018, and would not require the Court to adjust any other previously established deadlines. On Tuesday, October 23, 2018, Defendants' counsel contacted Plaintiffs' counsel by e-mail to ascertain their position on Defendants' motion, indicating Defendants' request was motivated by the concern that Defendants focus their time and efforts on coordinating and implementing the Court's ordered settlement efforts in the related cases of *Ms. L. v. ICE*, No. 18-cv-428 (S.D. Cal.) and *M.M.M.. v. Sessions*, No. 18-cv-1835 (S.D. Cal.). Plaintiffs indicated that they opposed Defendants' request for a 30-day extension.

A 30-day extension is warranted. As noted above, Defendants are implementing the preliminarily approved settlement agreement in accordance with the Court's recent order. *See Ms. L.*, ECF No. 287. Those efforts include providing procedures to many class members. Defendants also continue to implement the preliminary injunction in *Ms. L.*, including by reunifying families within the United States, reunifying families in their countries of origin, and otherwise addressing matters of implementation. *See Ms. L.*, ECF No. 189. As part of these efforts, and in addition to the central tasks of settlement implementation and family reunification, Defendants' counsel regularly confer with Plaintiffs' counsel in *M.M.M.* and *Ms. L.*, provide Plaintiffs' counsel with weekly data productions and information exchanges, and provide this Court with regular status reports regarding the ongoing reunification efforts. *See, e.g.*, *Ms. L.*, ECF No. 238.

These efforts bear directly on this case, and confirm why a further extension is warranted. The Plaintiff States raise claims that are the same as, or derivative of, claims made by the Plaintiffs in *Ms. L.* and *M.M.M.* The parties here should therefore share the same interest in reunifying families rather than expending

resources on litigation that may detract from those reunification efforts. It would make little sense, moreover, to put the Plaintiff States' claims on a faster track than those of the individual persons on whose behalf the States are ostensibly interested in litigating.

For these reasons, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, the Court should grant Defendants' motion to extend the time period for Defendants to answer or otherwise respond to Plaintiffs' complaint. A draft proposed order accompanies this filing.

## CONCLUSION

For the reasons stated above, the Defendants respectfully request that the Court extend the deadline for their answer or otherwise respond to the Plaintiffs' complaint by 30 days, through Monday, November 26, 2018.

Dated: October 24, 2018      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

SARAH B. FABIAN
Senior Litigation Counsel

NICOLE N. MURLEY
Trial Attorney

By: *s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-0106
Fax: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

# CERTIFICATE OF SERVICE

Case No. 3:18-cv-1979-DMS

I hereby certify that I am over the age of 18 and not a party to the above-titled action. I am employed as a Trial Attorney at the United States Department of Justice, Office of Immigration Litigation, District Court Section. My business address is P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

On October 24, 2018, I served this DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND, on each person or entity named below by uploading an electronic version of this document to the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on October 24, 2018, at Washington, D.C.

By: *s/Joshua S. Press*
    JOSHUA S. PRESS
    Trial Attorney
    United States Department of Justice
    Civil Division