# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-1979-DMS<br><br>**ORDER ON DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND** |

Before the Court is Defendants' Motion to Extend Time to File Answer or Otherwise Respond. For the reasons stated in the Defendants' Motion, the Court finds that good cause supports the requested 30-day extension. Accordingly, Defendants' deadline to file an Answer to the Complaint is extended through Monday, November 26, 2018.

Dated: October 24, 2018

_____
Hon. Dana M. Sabraw
United States District Judge