Colleen M. Melody, WSBA #42275
Division Chief, Civil Rights Unit
Laura K. Clinton, WSBA #29846
Megan D. Lin, SBN #298267
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-5342

*Attorneys for Plaintiff State of Washington*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | Case No.: 3:18-cv-01979-DMS <br><br> **STATES' RESPONSE TO DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER** |

## RESPONSE

The States filed this case four months ago, on June 26, 2018, and the Defendants have had ample time to respond. *See* ECF No. 1 (Complaint). The States object to Defendants' continued attempts to delay. *See*, *e.g.*, ECF 92 (Defendants' first motion to extend); 104 (Defendant's second motion to extend).

In seeking a third extension of time to answer, Defendants assert that the States' claims are "the same as, or derivative of," claims made by other parties before this Court. ECF No. 107 at 9. Defendants are incorrect. As a court has already ruled, the States' claims

1

are neither identical to nor coextensive with the claims in *Ms. L. v. U.S. Immigration and Customs Enforcement*, Case No. 18-428 (S.D. Cal.) ("*Ms. L*"). ECF No. 32 at 9 ("[T]he States' claims in this matter are based on much broader allegations concerning the Government's practices and the harms engendered by those practices than are plead in *Ms. L*, and the relief sought is concomitantly broader."). Indeed, the States seek equitable relief on five separate constitutional and statutory claims, encompassing due process, equal protection, Administrative Procedure Act, and asylum law violations. ECF No. 1 at 115–20. At least two of those claims are not raised in *Ms. L* at all, and even those claims that overlap vindicate different interests and seek different relief. *See Ms. L*, ECF No. 85 at 15, ECF No. 88 at 4 (recognizing that "the States have raised several claims that are distinct from those in *Ms. L*").

The Government's assertion that answering the States' complaint will collaterally impede family reunification is unfounded. Further delay of this case in deference to other litigation is not appropriate. The States respectfully request this Court deny Defendants' motion to extend their time to file an answer to the complaint (ECF No. 107).

Dated: October 24, 2018.

ROBERT W. FERGUSON
Attorney General

*/s/ Laura K. Clinton*
LAURA K. CLINTON, WSBA #29846
MEGAN D. LIN, WSBA #53716
Assistant Attorneys General
COLLEEN M. MELODY, WSBA #42275
Division Chief, Civil Rights Unit
Attorneys for Plaintiff State of Washington

# **DECLARATION OF SERVICE**

I hereby certify that on October 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 24th day of October, 2018.

                               */s/ Laura K. Clinton*
                               LAURA K. CLINTON
                               Assistant Attorney General