JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

SARAH B. FABIAN
Senior Litigation Counsel

JOSHUA S. PRESS
Trial Attorney

NICOLE N. MURLEY
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0473
Facsimile: (202) 305-7000
e-Mail: nicole.murley@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 18-cv-1979 DMS<br><br>**DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND**<br><br>Judge: Hon. Dana M. Sabraw |

Defendants respectfully move to extend by an additional 45 days the deadline for filing an answer or otherwise respond to the Plaintiffs' complaint. *See* Fed. R. Civ. P. 12(a)(2); ECF No. 1. The requested 45-day extension would make Defendants' answer or response due on Thursday, January 10, 2018, and would not require the Court to adjust any other previously established deadlines. On Tuesday, November 20, 2018, Defendants' counsel contacted Plaintiffs' counsel by e-mail to ascertain their position on Defendants' motion, indicating Defendants' request was motivated by the concern that Defendants focus their time and efforts on coordinating and implementing the Court's ordered settlement implementation efforts in the related cases of *Ms. L. v. ICE*, No. 18-cv-428 (S.D. Cal.) and *M.M.M. v. Sessions*, No. 18-cv-1835 (S.D. Cal.), as well as reunifying families in accordance with the preliminary-injunction order in *Ms. L.* Plaintiffs indicated that "[t]he States do not oppose the request for an additional 45 days to answer the complaint, provided that this fourth extension is the government's final enlargement of time for answering. Absent such assurances, the States oppose the request."

A 45-day extension is warranted. Defendants are implementing the settlement agreement in accordance with the Court's recent order granting final approval of the class action settlement. *See Ms. L.*, ECF No. 321. Those efforts include providing procedures to many class members. Defendants also continue to implement the preliminary injunction in *Ms. L.*, including by reunifying families within the United States, reunifying families in their countries of origin, and otherwise addressing matters of implementation. *See Ms. L.*, ECF No. 189. As part of these efforts, and in addition to the central tasks of settlement implementation and family reunification, Defendants' counsel regularly confers with Plaintiffs' counsel in *M.M.M.* and *Ms. L.*, provides Plaintiffs' counsel with weekly data productions and information exchanges, and provides this Court with weekly status reports regarding the ongoing reunification efforts. *See, e.g.*, *Ms. L.*, ECF No. 238.

These efforts bear directly on this case, and confirm why a further extension is warranted. The Plaintiff States raise claims that are the same as, or derivative of, the Plaintiffs in *Ms. L.* and *M.M.M.* The parties here should therefore share the same interest in reunifying families rather than expending resources on litigation that may deleteriously impact or slow down those reunification efforts. Indeed, it would make little sense to put the Plaintiff States' claims on a faster track than the individual persons on whose behalf the States are ostensibly interested in litigating.

For these reasons, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, the Court should grant Defendants' motion to extend the time period for Defendants to answer or otherwise respond to Plaintiffs' complaint. A draft proposed order accompanies this filing.

## CONCLUSION

For the reasons stated above, the Defendants respectfully request that the Court extend the deadline for their answer or otherwise respond to the Plaintiffs' complaint by 45 days, through Thursday, January 10, 2018.

Dated: November 23, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　WILLIAM C. PEACHEY
　　　　　　　　　　　　　　　　　　Director

　　　　　　　　　　　　　　　　　　SARAH B. FABIAN
　　　　　　　　　　　　　　　　　　Senior Litigation Counsel

　　　　　　　　　　　　　　　　　　JOSHUA S. PRESS
　　　　　　　　　　　　　　　　　　Trial Attorney

　　　　　　　　　　　　　　　　By: *s/ Nicole N. Murley*
　　　　　　　　　　　　　　　　　　Nicole N. Murley
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division

|    |                                                                                                                                                                                                                          |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | Office of Immigration Litigation                                                                                                                                                                                         |
| 2  | District Court Section                                                                                                                                                                                                   |
|    | P.O. Box 868, Ben Franklin Station                                                                                                                                                                                       |
| 3  | Washington, DC 20044                                                                                                                                                                                                     |
|    | Tel: (202) 616-0473                                                                                                                                                                                                      |
| 4  | Fax: (202) 305-7000                                                                                                                                                                                                      |
|    | e-Mail: nicole.murley@usdoj.gov                                                                                                                                                                                          |
| 5  | *Attorneys for Defendants*                                                                                                                                                                                               |
| 6  |                                                                                                                                                                                                                          |
| 7  |                                                                                                                                                                                                                          |
| 8  |                                                                                                                                                                                                                          |
| 9  |                                                                                                                                                                                                                          |
| 10 |                                                                                                                                                                                                                          |
| 11 |                                                                                                                                                                                                                          |
| 12 |                                                                                                                                                                                                                          |
| 13 |                                                                                                                                                                                                                          |
| 14 |                                                                                                                                                                                                                          |
| 15 |                                                                                                                                                                                                                          |
| 16 |                                                                                                                                                                                                                          |
| 17 |                                                                                                                                                                                                                          |
| 18 |                                                                                                                                                                                                                          |
| 19 |                                                                                                                                                                                                                          |
| 20 |                                                                                                                                                                                                                          |
| 21 |                                                                                                                                                                                                                          |
| 22 |                                                                                                                                                                                                                          |
| 23 |                                                                                                                                                                                                                          |
| 24 |                                                                                                                                                                                                                          |
| 25 |                                                                                                                                                                                                                          |
| 26 |                                                                                                                                                                                                                          |
| 27 |                                                                                                                                                                                                                          |
| 28 |                                                                                                                                                                                                                          |

# **CERTIFICATE OF SERVICE**

Case No. 3:18-cv-1979-DMS

I hereby certify that I am over the age of 18 and not a party to the above-titled action. I am employed as a Trial Attorney at the United States Department of Justice, Office of Immigration Litigation, District Court Section. My business address is P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

On November 23, 2018, I served this DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND, on each person or entity named below by uploading an electronic version of this document to the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on November 23, 2018, at Washington, D.C.

> By: *s/Nicole N. Murley*
> NICOLE N. MURLEY
> Trial Attorney
> United States Department of Justice
> Civil Division

3:18-cv-1979-DMS