Colleen M. Melody, WSBA #42275
Division Chief, Civil Rights Unit
Laura K. Clinton, WSBA #29846
Megan D. Lin, SBN #298267
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-5342

*Attorneys for Plaintiff State of Washington*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; DONALD TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>  Defendants. | Case No.: 3:18-cv-01979-DMS<br><br>**STATES' RESPONSE TO DEFENDANTS' SIXTH MOTION TO EXTEND TIME TO FILE ANSWER** |

## INTRODUCTION

The States object to Defendants' most recent attempt to delay this case. *See*, *e.g.*, ECF Nos. 92 (first motion to extend); 104 (second motion to extend); 107 (third motion to extend); 110 (fourth motion to extend); 122 (fifth motion to extend). Defendants, who filed an untimely sixth request for extension late on the evening their answer was due, *see* ECF No. 131, should be given a date certain to answer the States' Complaint.

# RESPONSE

Defendants' sixth motion for additional time to answer the Complaint was filed at 6:48 pm the night their Answer was due. See ECF No. 131 (filed on March 18, 2019). Contrary to Defendants' suggestion, Motion at 2, the States were not informed of Defendants' intent to seek another extension until yesterday, March 18, 2019, the due date for their response. Rather, Defendants inquired on Friday, March 15, 2019 over email whether the States would object to a motion to bifurcate. On Monday, March 18, 2019, Defendants took the position that such a motion would automatically toll their time to respond to the Complaint, a position on which the parties disagree. It was only then that Defendants raised the prospect of another extension for their Answer.

The Motion should be denied. Defendants claim that they need another extension so that they can have their motion to bifurcate heard prior to the Answer due date. That motion – a request to litigate this case piecemeal by filing sequential Rule 12 motions – is both highly unusual and fails to acknowledge this Court's own process for Rule 12 motions. The States will address its lack of merit separately. As relevant here, however, the timing of their sixth request to extend the Answer due date demonstrates a surprisingly casual disregard for Court deadlines and is a problem of Defendants' own making. The States object to further delay.

Dated: March 19, 2019.

ROBERT W. FERGUSON
Attorney General

*/s/ Laura K. Clinton*
LAURA K. CLINTON, WSBA #29846
MEGAN D. LIN, WSBA #53716
Assistant Attorneys General
COLLEEN M. MELODY, WSBA #42275
Division Chief, Civil Rights Unit
Attorneys for Plaintiff State of Washington

## **DECLARATION OF SERVICE**

I hereby certify that on March 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 19th day of March, 2019.

>   */s/ Laura K. Clinton*
>   LAURA K. CLINTON
>   Assistant Attorney General