UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>                                   Defendants. | Case No.: 18cv1979 DMS (MDD)<br><br>**ORDER TO SHOW CAUSE** |

In light of the pendency of *Ms. L. v. U.S. Immigrations and Customs Enforcement*, Case No. 18cv428 DMS (MDD), and the overlap between the issues in *Ms. L.* and the present case, the Court orders the parties to this case to show cause why this case should not be dismissed as duplicative. Counsel shall file their responses to this Order on or before **October 4, 2021**. In the alternative, if counsel agree this case should be dismissed, they should file a joint motion for dismissal, along with a proposed order, by that deadline.

**IT IS SO ORDERED**.

Dated: September 24, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court