Colleen M. Melody, WSBA #42275
Division Chief, Civil Rights Unit
Laura K. Clinton, WSBA #29846
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-5342

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al.,[1]<br><br>Defendants. | Case No.: 3:18-cv-01979-DMS<br><br>**AGREED MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>**Judge: Hon. Dana M. Sabraw** |

The Parties respectfully move to extend by an additional 14 days the deadline for responding to this Court's Order to Show Cause (ECF No. 154). The requested 14-day extension would make the responses due on October 18, 2021 and does not require the Court to adjust any other previously established deadlines.

Plaintiffs received the Court's Order on Monday, September 27, 2021. Earlier today, (Wednesday, September 29, 2021), counsel for Plaintiffs and for Defendants

---

[1] On January 20, 2021, Joseph R. Biden, Jr. became President of the United States of America, automatically substituting for Donald Trump, the previous President, under Fed. R. Civ. P. 25(d).

spoke via conference call. The parties are amenable to discussing an agreed resolution to this matter, but need additional time to discuss the form and substance of such an agreement. Accordingly, they request an additional two weeks to respond to the Court's Order. Defendants have no objection to this extension.

## CONCLUSION

For the reasons stated above, the Parties respectfully request that the Court extend the deadline for their response to the Order to Show Cause by 14 days, through Monday, October 18, 2021. A proposed order is submitted herewith.

IT IS SO ORDERED.

Dated this _____ day of _____ 2021,

_____
HONORABLE JUDGE DANA M. SAWBRAW

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Laura K. Clinton
LAURA K. CLINTON, WSBA #29846
Assistant Attorney General
COLLEEN M. MELODY, WSBA #42275
Division Chief, Civil Rights Unit
*Attorneys for Plaintiff State of Washington*

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
BRIAN BOYNTON
Acting Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
Sarah.B.Fabian@usdoj.gov
*Attorneys for Defendant*

## **DECLARATION OF SERVICE**

I hereby certify that on September 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 29th day of September 2021.

/s/ Laura K. Clinton
LAURA K. CLINTON
Assistant Attorney General